**Order filed May 24, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-22-00366-CV
_____

### IN RE HILLIER RESTORATION, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-23268**

---

## ORDER

On May 20, 2022, relator Hillier Restoration, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court, Harris County, Texas, to set aside her May 16, 2022 order granting real party in interest's verified petition for an order authorizing the taking of a deposition to investigate a potential claim or suit pursuant to Texas Rule of Civil Procedure 202. *See* Tex. R. Civ. P. 202.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. 52.3(k) (providing that appendix must contain certified

or sworn copy of any order complained of, or any other document showing matter complained of); 52.7(a)(1); 52.7(a)(1) (requiring relator to file with petition certified or sworn copy of every document that is material to relator's claim for relief and that was filed in any underlying proceeding);[1] 52.7(a)(2) (requiring relator to provide authenticated transcript of any relevant testimony from any underlying proceeding, including exhibits offered in evidence, or statement that no testimony was adduced in connection with matter complained).  By this order, the court gives relator ten days' notice that the petition will be dismissed for failure to comply with Rules 52.3(k), 52.7(a)(1), and 52.7(a)(2).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.

---

[1] An unsworn declaration is an alternative way to satisfy the requirement of a sworn copy.  *See* Tex. Civ. Prac. & Rem. Code Ann. § 132.001(c).